No. 81–1404. BRISCOE ET AL. *v.* LAHUE ET AL. C. A. 7th Cir. Motion of petitioners Chris P. Vickers, Sr., and James N. Ballard for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–2092. SCM CORP. *v.* XEROX CORP. C. A. 2d Cir. Certiorari denied.

No. 81–363. KARR *v.* KARR. Sup. Ct. Mont. Certiorari denied.

No. 81–672. IRWIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–834. CLARKE ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 81–917. ST. PETER *v.* MARSH, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied.

No. 81–950. JAMIESON-MCKAMES PHARMACEUTICALS, INC., ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–955. POTOMAC ELECTRIC POWER CO. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–1090. RENO, STATE ATTORNEY, ET AL. *v.* ABRAMS ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–1103. THERMOFIL INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 81–1110. SALPETER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.